UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

COREY BLOCKER
Plaintiff

V

ELIZABETH KELLEY
Defendant

CLINTON KELLEY
STATE FARM
DIANNE M. SWARTZ
STATE OF TENNESSEE

CASE # 3-11-CV-00078

FILED
2014 APR 24 PM 12:54
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

ORDER

Based upon the Sixth Circuit's dismissal of Plaintiff's appeal for want of prosecution, (DK No. 25) this motion is DENIED.

[signature] 6-6-14

MOTION FOR RELIEF OF JUDGMENT UNDER RULE 60 (B) (2,3,4) OF THE TENNESSEE RULES OF CIVIL PROCEEDURES, ALSO MOTION TO VOLUNTARY DISMISSAL OF TODD CAMPBELL

Corey Blocker makes this motion for relief of Judgment under RULE 60 (B) (2,3,4) of the Tennessee Rules of Civil Proceedures, Also a motion to Voluntary Dismissal of Todd Campbell, for this Courts record, and on this Courts record. On April 17 2013 Corey Blocker made a motion for pauper status, which the motion was denied on July 3 2013 by Judge Haynes. Under Rule 60 (B) Part (2) mistakes Corey Blocker must be granted a relief of Judgment because he did not know that Judge Todd Campbell had Judicial immunity against civil lawsuits. Therefore Corey Blocker is also making this motion to voluntaryly dismiss Judge Todd Campbell to correct the defict in his motion for pauper status. Corey Blocker is making these motion well within the year statue of Limatation which allows Corey Blocker to make these motions. Also there is the fact that Fraud, Perjury and Fraud upon the Court was Committed by the defendants. Which part 3 of rule 60 (B) states if Fraud is committed extrinsic or Intrinsic. Part (4) states the Judgment must be void. Therefore this Court with these two motion must grant Corey Blocker relief of Judgment and grant his pauper status, therefore his appeal can proceeded.

Respectfully Submitted
SBC

Certify that a true and exact copy of this instrument has been sent via US mail to each of the defendants on this the 24 day of April 2014

Respectfully Submitted
SBC